AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

CHRISTOPHER WAYNE ANGELO,

    Petitioner,                           JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-CV-00136-RCJ-VPC**

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (#1) is **DENIED**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  March 5, 2010                                                                            **LANCE S. WILSON**
                                                                                Clerk

                                                                             /s/ D. R. Morgan
                                                                              Deputy Clerk